UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**FILED**
JUN 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIVIL ACTION NUMBER
_____

GREGORY DAVIS #12887-074 PLAINTIFF )
FCI - Gilmer )
VS.  POB 6000 )
Glenville, WV 26351 )
 )
ATTORNEY GENERAL UNITED STATES )
DEPARTMENT OF JUSTICE, )
UNITED STATES OF AMERICA, )
UNITED STATES DEPARTMENT OF )
JUSTICE. )
 )
                           DEFENDANT

COMPLAINT FOR DAMAGES

5 USC 552a (4)(d)(1)
5 USC 552a (g)(1)(B)(D)
5 USC 552a (g)(3)(A)
5 USC 552a (g)(3)(B)(4)
5 USC 552a (g)(3)(B)(4),
          (A)(B)(5)
5 USC 552a (b)(d)(1)(2)

JURY TRIAL DEMAND

Case: 1:07-cv-01138
Assigned To : Unassigned
Assign. Date : 6/26/2007
Description: FOIA/Privacy Act

*JURY ACTION*
*CASE RE-ASSIGNED TO: KENNEDY, JR. J. HHK*
AUG 03 2007

RECEIVED
MAY 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## INTRODUCTORY STATEMENT

¶1    This is an action pursuant to the Freedom of Information Act by an inmate at Federal Correction Institution Gilmer in West Virginia state. The Plaintiff an inmate at (FCI) Giler filed a certified demand for proof of jurisdiction to the Attorney General of the United States Department of Justice on December 26, 2006. By certified mail. Said document request was delivered on January 3, 2007 to the Attorney General Office of the Department of Justice. This Defendant violated 5 USC 552(a)(4)(d)(1), 5 USC 552a (g)(1)(B)(D), 5 USC 552a (g)(3)(A), 5 USC 552a (g)(3)(B)(4) of the freedom of Information Act. Said Defendant failed to reply nor provide the Plaintiff with his certified demand proof of jurisdiction. The Plaintiff seeks damages and requested proof of jurisdiction of geographical region 2250 Elkhorn Road located in Kentucky state, notice of acceptance of jurisdiction pursuant to 40 USC 3112 formerly 40 USC 255 in the records of the Attorney General Office of the United States Department of Justice. 5 USC (g)(3)(A)(B)(4)(A)(B)(5).

## JURISDICTION

¶2    Action is brought pursuant to 5 USC 552a (4)(d)(1), 5 USC 552a (g)(1)(B)(D), 5 USC 552a (g)(3)(A), 5 USC 552a (g)(3)(B)(4)(A)(B)(5). 5 USC 552a (b)(d)(1)(2).

## PARTIES

¶3.     Plaintiff is an inmate at FCI Gilmer in West Virginia state. At all times relevant to the allegations of this complaint.

¶4     At all times relevant to this action, Defendant United States Department of Justice Attorney General an agency of the United States of America, United States Department of Justice. Who houses records and documents of the United States Attorney General Office.

   A. At all relevant times, this Defendant was an agency for the United States of America, United States Department of Justice violated 5 USC 552a (Freedom of Information act) by failing to answer nor provide the Plaintiff with his certified demand proof of jurisdiction demand.

   B. This Defendant is sued for witholding requested information pursuant to Freedom of Information act. Plaintiff seeks order from court to relinquish witheld proof of jurisdiction documents and records by said Defendant and damages for "Willfullness" actions.

2

## COMPLAINT

¶5     On or about December 26, 2006, in the City of Glenville, West Virginia state. The Plaintiff an inmate at Federal Correction Institution Gilmer (FCI Gilmer) in West Virginia state. Filed a certified demand for proof of juisdiction pursuant to Freedom of Information Act 5 USC 552a (a)(4)(d)(1) by certified mail number <u>7006 0100 0004 4741 8125</u> delivered on January 3, 2007 at 4:52am to Defendant Attorney General United States Department of Justice 10th Street and Constitutional Ave. Washington, DC 20530 enroute, December 26, 2006, 9:02 am, Glenville, WV 26351.

¶6     This request was for records of the folowing maintained by the Attorney General of the United States Department of Justice.

1. Proof of Federal Ownership of geographical region 2250 Elkhorn Road located in Kentucky state City of Lexington.

2. Proof of notice of acceptance of jurisdiction to government of Kentucky state pursuant to 40 USC §3112 formerly 40 USC §255 of geographical region 2250 Elkhorn Road, Kentucky state City of Lexington.

3. Proof of territory jurisdiction of geographical region 2250 Elkhorn Road, Kentucky state City of Lexington.

4. Proof of criminal jurisdiction if geographical region 2250 Elkhorn Road, Kentucky state City of Lexington.

¶7     "The law requires proof of jurisdiction to appear on the record of the administrative agency and all adminstrative proceedings" **Hagans Vs. Lavine** 415 U.S. 533. In this case the Plaintiff is in the custody of the United States Attorney General. Thus proof of jurisdiction MUST by law appear on its record. The Attorney General is the proper administrative agency for the issues at hand.

¶8     "It is a well established principle law that all federal legislation appiles only within the territorial jurisdiction of the [u]nited States unless a contrary intent appears." **Folley Brother Vs. Filardo**, 336, U.S. 281 (1948). "It is principle of law, once challenged, the person asserting jurisdiction must prove that jurisdiction to exist as a matter of law." There is no question that the agency at hand that is asserting jurisdiction is the Attorney General of the United States. "When jurisdiction is challenged the burdan of proof is on the government. **Griffin Vs. Matthews**, 310 Supp. 341, 423, F.2d 272; **McNutt Vs. G.M.**, 56 S. Ct. 789, 80 L.Ed 1135. The Attorney General of the United States is an agency which requests for documents can be directed within the meaning of Freedom of Information Act. **Miller Vs. Webster**, 483 F. Supp. 883. The Defendant was requested for full disclosue pursuant to 5 USC 552a (b)(d)(1)(2) for information records in ¶6. The Defendant to this date and time has failed to reply to Plaintiff's request, Thus civil remedies apply 5 USC 552a (g)(1)(B)(D), 5 USC 552a (g)(3)(B)(4)(A)(B)(5).

¶9   The Plaintiff seeks a court order directing   Defendant to provide the requested documents and records in ¶6 pursuant to 5 USC 552a (g)(3)(A).

4

¶10   The Plaintiff contens that the Defendant has "Willfully" witheld the requested documents/record in ¶6 in an attempt to cover up its agency's failure of recording jurisdiction on record. "The law requires proof of jurisdiction to appear on record of adminstrative agency, all proceedings". **Hagans Vs. Lavine**, 415 U.S. 533. This Defendant is in clear violation of that law. There is no question that this Defendant has attempted to hind these facts from the Plaintiff, in violation of the Freedom of Information Act 5 USC 552a. This action was done both "Knowingly and Willingly" in an attempt to hinder the Plaintiff from his request in ¶6. Defenadnt should in fact be penalized pursuant to 5 USC 552a (g)(B)(4)(A)(B). Denial of the Plaintiff's record/document request in ¶6 has hindered the Plaintiff in his habeas corpus proceedings said records/documents were to be presented as exonerateing evidence in the Plaintiff's habeas corpus proceedings. There is no question that the Plaintiff has sustained damage from this "Willfull" action by the Defendant. The Plaintiff seek full disclosure in ¶6 and award for actual damages in his favor.

## CLAIM

5 USC 552a (4)(d)(1)
5 USC 552a (g)(1)(B)(D)
5 USC 552a (g)(3)(A)
5 USC 552a (g)(3)(B)(4)
5 USC 552a (g)(3)(B)(4)(A)(B)(5)
5 USC 552a (b)(d)(1)(2)

¶11   As stated in ¶¶5-10 the Defendant has violated the Freedom of Information Act, and unjustice failed to provide the Plaintiff with his request in ¶6. Plaintiff seeks full disclosure in ¶6 and damages for "Willfull" non-disclosure.

5

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays that this court:

A. Enter judgment in Plaintiff favor against Defendant for violations of the Freedom of Information Act in ¶¶5-10 in the amount of ($5,000,000) FIVE MILLION DOLLARS in damages.

B. Court order for full disclosure of records/documents in ¶6. To the Plaintiff from the Defendant

C. Award Plaintiff cost of action with reasonable attorney fees.

D. Award Plaintiff any other relief deemed by the court.

## JURY DEMAND

The Plaintiff demands a trial by jury on all issues properly so triable on this matter. I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully Submitted

Gregory Davis #12887-074
201 FCI Lane Box 6000
Glenville, WV 26351

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Gregory Davis

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 12887-074

## DEFENDANTS
U.S. Dept of Justice, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01138
Assigned To : Unassigned
Assign. Date : 6/26/2007
Description: FOIA/Privacy Act

JURY ACTION
CASE RE-ASSIGNED TO KENNEDY, JR. J. HHK
AUGUST 30, 2007

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

|  G. *Habeas Corpus/* 2255<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23  **DEMAND $** $5 million  Check YES only if demanded in complaint **JURY DEMAND:** ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)  ☐ YES  ☐ NO  If yes, please complete related case form.

DATE 6.26.07  SIGNATURE OF ATTORNEY OF RECORD NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd