UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

CIVIL ACTION NUMBER

**FILED**
JUN 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GREGORY DAVIS          PLAINTIFF

VS.                                    07 1138

ATTORNEY GENERAL UNITED STATES
DEPARTMENT OF JUSTICE

DEFENDANT

MOTION TO PROCEED IN FORMA PAUPERIS

The Plaintiff in the above action has failed a complaint against the above Defendant pursuant to the Freedom of Information Act. The Plaiantiff is an inmate at FCI Gilmer who is unable to pay filing fee of $350.00, and request to proceed in forma pauperis.

Date 5-7-07

Respectfully Submitted

Gregory Davis #12887-074
201 FCI Lane
Glenville, WV 26351

**RECEIVED**
MAY 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2