UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DAVIS )<br>)<br>Plaintiff )<br>)<br>v )<br>)<br>ATTORNEY GENERAL, DEPT )<br>OF JUSTICE, et al., ) | Civil Action No. 07-1138 HHK |

## REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on August 3, 2007 from Unassigned (9098)

to Judge Kennedy because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Kennedy
& Courtroom Deputy