# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DAVIS, #12887-074 )<br>    FCI Gilmer )<br>    P.O.B. 6000 )<br>    Glenville, WV 26351 )<br>    Plaintiff )<br>                            )<br>    v.                      )<br>                            )<br>ATTORNEY GENERAL UNITED STATES )<br>DEPARTMENT OF JUSTICE,  )<br>UNITED STATES OF AMERICA, )<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE                  )<br>    Defendant          )  | Civil Action No. 07–1138 (HHK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel for the Defendant.

Respectfully submitted,

\_\_\_/s/_____
WYNEVA JOHNSON, D.C. BAR #278515
Assistant U.S. Attorney
555 Fourth St., N.W., E-4106
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2007 that the Notice of

Appearance was mailed postage prepaid U.S.P.O. First Class to:

GREGORY DAVIS, #12887-074
FCI Gilmer
P.O.B. 6000
Glenville, WV 26351

                                           _____
                                           Wyneva Johnson
                                           Assistant United States Attorney
                                           555 4th Street, N.W., E-4106
                                           Washington, D.C. 20530
                                           (202) 514-7224