**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:

US Attorney General - DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number __07-1138 HHK__

__Gregory Davis__
                                         V.
__US Dept. of Justice, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, other entity, you must indicate under your signature your relationship to that entity. If authorized to receive process, you must indicate under your signature your authority.

2 of this form to the sender within ____ days, you (or the party on whose behalf you incurred in serving a summons and complaint in any other manner permitted by law.

f this form, you (or the party on whose behalf you are being served) must answer the were sent. If you fail to do so, judgment by default will be taken against you for the

Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

OF RECEIPT OF SUMMONS AND COMPLAINT
ved a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature                                         Form USM-299
                                                           (Rev. 6/95)

Copy 4 - USMS District Suspense