UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DAVIS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07–1138 (HHK) |
| ) | |
| ATTORNEY GENERAL, ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Enlargement of Time up to and including September 14, 2007 to answer or respond to plaintiff's complaint. Plaintiff is incarcerated and could not be reached to ascertain his views on this motion.

Defendant's dispositive motion is substantially completed. The brief enlargement of time is requested so that counsel can complete the coordination and discussions with the agency.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


 /s/
WYNEVA JOHNSON, DC Bar # 278515
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C.  20530

**CERTIFICATE OF SERVICE**

 I hereby certify that on this _____ day of September, 2007 that a copy of the foregoing was mailed postage prepaid, First Class mail to:

GREGORY DAVIS, #12887-074
FCI Gilmer
P.O.B. 6000
Glenville, WV 26351

 _____
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREGORY DAVIS | ) | |
|  | ) | |
| Plaintiff | ) | |
|  | ) | |
| v. | ) | Civil Action No.  07–1138 (HHK) |
|  | ) | |
| ATTORNEY GENERAL, | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time, any Opposition thereto and for good cause shown, it this _____ day of _____, 2007.

ORDERED that said motion should be and hereby is granted; and it is

FURTHER ORDERED that defendant may have up to and including September 14, 2007 to answer or respond to plaintiff's complaint.

_____
Date

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Defendant's Attorney

WYNEVA JOHNSON
Assistant United States Attorney
555 Fourth Street, N.W., E-4106
Washington, DC 20530

GREGORY DAVIS, #12887-074
FCI Gilmer
P.O.B. 6000
Glenville, WV 26351