UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

SEP 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GREGORY DAVIS
          PLAINTIFF

VS.

ATTORNEY GENERAL,
UNITED STATES DEPARTMENT OF JUSTICE

          DEFENDANT

Civil Action Number

07-1138(HHK)

OBJECTION TO DEFENDANT'S MOTION
FOR ENLARGEMENT OF TIME

COMES NOW the Plaintiff in the above civil action objects to to Defendant's motion for enlargement of time. Defendant's has not shown good cause for an enlargment of time to answer/respond to Plaintiff's complaint.

On September 5, 2007, Defendant's filed a motion for enlargement of time. In said motion the Defendant's stated that "Plaintiff is incarcerated and could not be reached to ascertain his views on their motion".

The Plaintiff is a federal prisoner in the custody of the United States Attorney General housed at a federal facility in West Virgina state, Federal Correction Institution Gilmer 201 FCI Lane in the City of Glenville. Owned and operated by the United States Department of Justice Bureau Of Prisons.

(1)

The Plaintiff can not in good faith claim that they could not reach an inmate who is housed in their own facility. Defendant's in fact mailed the Plaintiff a copy of their motion for enlargement of time that reached the Plaintiff without delay, thus contradict their claim that Plaintiff was not able to be reached to ascertain his views on Defendant's motion.

It is clear that the Defendant's made no attempt to contact the Plaintiff on the ground of any enlargement request. Thus their request should be denied.

Plaintiff's complaint is in fact very simple. The Attorney General Office either has the documents/information requested by the Plaintiff or they do not. Defendant's enlargement of time motion should not be considered, and is in fact designed to delay these proceedings. "No good cause has been shown for any delay". Plaintiff's complaint should be granted in his favor,..absence good cause by Defendant's failure to reply.

                                        Respectfully Submitted

                                        Gregory Davis #12887-074
                                        201 FCI Lane
                                        Glenville, WV 26351

## CERTIFICATE OF SERVICE

I, Gregory Davis hereby certify that, I have served a true and correct copy of the following: OBJECTION TO DEFENDANT'S MOTION FOR ENLARGMENT OF TIME

mailed to Clerk's Office
U.S. District Court
For The District of Columbia
U.S. Courthouse
333 Constitution Ave, N.W.
Washington, DC 20001

By Certified Mail Number
7006 0100 0004 4743 4736

9-11-07


Defendant's Attorney

Wyneva Johnson
Assistant United States Attorney
555 Fourth Street, N.W., E-4106
Washington, DC 20530

By U.S. Mail

9-11-07


*Gregory Davis* (signature)