UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

OCT 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GREGORY DAVIS, )
            )
    PLAINTIFF, )
            )
VS.         )   CIVIL ACTION NUMBER
            )
ATTORNEY GENERAL, "ET AL".  )   07-1138(HHK)
            )
    DEFENDANT'S. )
_____)

MOTION FOR COURT ORDER REQUESTING
DEFENDANT'S TO RELINQUISH WITHELD
FOIA/PA REQUEST BY PLAINTIFF

COMES NOW the Plaintiff Gregory Davis, in the above civil action request a court order pursuant to 5 USC 552a (g)(3)(A), directing the Defendant's to provide the requested documents/recordsin Plaintiff's civil complaint page 3, ¶6. Which was wrongfully witheld by the Defendant's. Plaintiff has in fact presented this court with prima facie evidence that Defendant's failed to provide him with his original FOIA/PA request for said documents. See, Plaintiff's Memorandum Affidavit of facts and Attchments, pages 1-5, ¶¶1-12. The record clearly shows that Defendant's has failed to comply with the Plaintiff's FOIA/PA request. Warranting action pursuant to 5 USC 552a (g)(3)(A). Plaintiff prays for an order in his favor for records/documents witheld.

Respectfully Submitted
Gregory Davis #12887-074
201 FCI Lane
Glenville, WV 26351

CERTIFICATE OF SERVICE

I, Gregory Davis certify that on this 26th day of September in the year of our Lord 2007.   MOTION FOR COURT ORDER REQUESTING DEFENDANT'S TO RELINQUISH WITHELD FOIA/PA REQUEST BY PLAINTIFF

Was served by U.S. Mail to the following:

Clerk's Office
U.S. District Court
District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

Counsel for Defendant's

Wyneva Johnson, AUSA
555 4th Street, N.W., E-4106
Washington, DC 20530

                                              Plaintiff
                                              /s/ Gregory Davis
                                                   Gregory Davis #12887-074
                                                   201 FCI Lane
                                                   Glenville, WV 26351

**HOUSTON VS. LACK**
MAIL BOX RULE
DEEMED FILED