UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

OCT 25 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GREGORY DAVIS,  )
   )
   PLAINTIFF,  )
   )  CIVIL ACTION NUMBER
VS.  )
   )  07-1138(HHK)
ATTORNEY GENERAL, "ET AL".  )
   )
   DEFENDANT'S.  )
_____  )

MOTION FOR INTERROGATORIES

COMES NOW, the Plaintiff in the above civil action, moves pursuant to rule 33(a) of the Federal Rules of Civil Procedure to serve Defendant's with interrogatories.

   CORE CONCEPT: Any party may serve written interrogatories or questions on any other party, who must respond in writing within 30 days.

Rule 33 sets forth the procedures for using interrogatories. It must be read in conjunction with Rule 26, which establishes the scope of all the discovery rules. In proceedings listed in Rule 26(a)(1)(E) as exempt from initial disclosures, there is no preliminary waiting period for interrogatories. Plaintiff is proceeding pursuant to Rule 26(a)(1)(E)(iv), an action brought without counsel by a person in custody of the United States. Thus there is no preliminary waiting period for interrogatories.

   Rule 33(b) ANSWERS AND OBJECTIONS: The answer must include all information within the party's control or known by the party's agents. **Hansel Vs. Shell Oil Corp.**, 169 F.R.D. 303, 305 (E.D.Pa. 1996). If no such information is available, the answer may so state. **Hansel.**

TIME TO ANSWER: Answer and objections are due within 30 days of service. **Verkuilen Vs. South Shore Building & Mortgage Co.**, 122 F.3d 410, 411 (7th Cir. 1997). Failure to serve a response in a timely manner (i.e. within 30 days of service) may constitute a waiver of all objections. **Banks Vs. Office of Senate Sergeant-At-Arms**, 222 F.R.D. 7, 21 (D.D.C.2004). Time to answer may be extended by written agreement under Rule 29. **Jayne H. Lee, Inc. Vs. Flagstaff Indus.**, 173 F.R.D. 651, 654 (D.Md.1997).

WHO ANSWERS: The party must answer the interrogatories, not the party's attorney (although it is common practice for the attorney to draft the answers). When the party is an individual, the party, not the attorney, must sign a verification or affidavit as to the accuracy of the answers, **Morin Vs. Nationwide Federal Credit Union**, 229 F.R.D. 364, 369 (D.Conn.2005).

MOTION TO COMPEL: If the reponding party fails to answer or objects to a question, the propounding party may file a motion to compel under Rule 37(a).

SANCTIONS FOR FAILURE TO ANSWER: If a party files no response to an interrogatory, the court may impose certain sanctions specified in Rule 37(b)(2).

THE FOLLOWING IS THE PLAINTIFF'S LIST OF INTERROGATORIES, PLEASE PROVIDE YES OR NO ANSWERS TO THE FOLLOWING LIST OF INTERROGATORIES, ALL ANSWERS ARE UNDER THE PENALTY OF PERJURY, ANY NON REPLIAL WILL BE DEEMED A WAVER UNDER NIHIL DICIT. "ALL INTERROGATORIES MUST BE ANSWERED".

1. Is geographical region 2250 Elkhorn Road, Kentucky state City of Lexington within United States jurisdiction?

    YES [ ]    NO [ ]

2. Is geographical region 2250 Elkhorn Road, Kentucky state City of Lexington in the jurisdiction of Kentucky state?

    YES [ ]    NO [ ]

3. Is geographical region 2250 Elkorn Road, Kentucky state City of Lexington within United States criminal jurisdiction? jurisdiction?

    YES [ ]    NO [ ]

4. Does the United States own geographical region 2250 Elkhorn Road, Kentucky state City of Lexington?

   YES [ ] NO [ ]

5. Has the United States filed for acceptance of jurisdiction of geographical region 2250 Elkhorn Road, Kentucky state City of Lexington pursuant to 40 USC §3112?

   YES [ ] NO [ ]

6. Has the United States complied with Kentucky Revised Statutes 3.010 §§§1,2,3 for jurisdiction of geographical region 2250 Elkhorn Road, Kentucky state City of Lexington?

   YES [ ] NO [ ]

7. Has the United States meet the requirements of usA Constitution Article I, §8 Clause 17 for jurisdiction of geographical region 2250 Elkhorn Road, Kentucky state City of Lexington?

   YES [ ] NO [ ]

8. Did Attorney General Office of the United States received an FOIA/PA request for proof of jurisdiction of geographical region 2250 Elkhorn Road, Kentucky state City Lexington on or about January 3, 2007 from Plaintiff?

   YES [ ] NO [ ]

9. Does the United States have any criminal jurisdiction of geographical region 2250 Elkhorn Road, Kentucky state City of Lexington, absent a violation of interstate commerce?

   YES [ ] NO [ ]

10. Does the United States have any criminal jurisdiction of geographical region 2250 Elkhorn Road, Kentucky state City of Lexington for violations <u>not</u> pursuant to the commerce clause <u>nor</u> in compliance with 40 USC §3112?

YES [ ]   NO [ ]

THE FOLLOWING TEN INTERROGATORIES WERE SERVED UNPON THE DEFENDANT'S BY CERTIFIED MAIL NUMBER 7006 2150 0002 8907 0894, on October 22, 2007.

Respectfully Submitted

Gregory Davis #12887-074
201 FCI Lane
Glenville, WV. 26351

Dated 10/22/07.

CERTIFICATE OF SERVICE

I, Gregory Davis, certify that on this 22nd day of October in the year of our Lord 2007 a copy of MOTION FOR INTERROGATORIES

Was Served by U.S. Mail to the following:

Clerk's Office
U.S. District Court
District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

By certified mail to the following:

Counsel for Defendant's

Wyneva Johnson, AUSA
555 4th Street, N.W., E-4106
Washington, DC 20530

**HOUSTON VS. LACK**
MAIL BOX RULE
DEEMED FILED
DATE 10/22/07

Plaintiff
/s/ Gregory Davis
Gregory Davis
#12887-074