UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DAVIS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07–1138 (HHK) |
| ) | |
| ATTORNEY GENERAL, ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S WITHDRAWAL OF MOTION TO DISMISS AND REQUEST FOR STAY PENDING ADMINISTRATIVE PROCESSING OF PLAINTIFF'S FREEDOM OF INFORMATION ACT REQUEST**

Plaintiff filed this civil action and alleged that he made a Freedom of Information Act (FOIA) Request to the Attorney General, United States Department of Justice, for "proof of jurisdiction" related to 2250 Elkhorn Road, Lexington, KY. Complaint ¶¶ 5-6. Plaintiff did not attach a copy of his request to his Complaint.

Defendant moved to dismiss Plaintiff's Complaint. Defendant stated that plaintiff's FOIA request was referred to the Bureau of Prisons for processing. The Bureau of Prisons responded to plaintiff's request and advised him that the records he sought were not maintained by the Bureau of Prisons. Defendant argued plaintiff did not exhaust his administrative remedies with regard to the referral to the Bureau of Prisons.

Plaintiff has filed Plaintiff's "Objection to Defendant's Motion to Dismiss, Plaintiff's Motion for Judgment Against Defendant's","Motion for Court Order Requesting Defendant's

To Relinquish Withheld FOIA/PA Request by Plaintiff" and "Motion for Summary Judgment".

Plaintiff's FOIA request is now attached to his "Objection to Defendant's Motion to Dismiss, Plaintiff's Motion for Summary Judgment Against Defendants". Plaintiff's letter containing the FOIA request was addressed to "Attorney General, United States Department of Justice." The request was not referred to the Office of Information and Privacy for processing as required by applicable regulations. .See 28 C. F. R. Part 16, Appendix I. Inasmuch as plaintiff has provided a copy of his FOIA request, defendant will forward his FOIA request to the Office of Information and Privacy for processing. Accordingly, defendant withdraws its Motion to Dismiss, and requests that this matter be stayed pending processing of plaintiff's FOIA request. Defendant will provide a report to the Court and to Plaintiff within 45 days on the status of the processing of plaintiff's FOIA request. In view of the withdrawal of defendant's motion, defendant submits that plaintiff's above- referenced filings in response to defendant's motion are moot and should be dismissed without prejudice.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
WYNEVA JOHNSON, DC Bar # 278515
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October, 2007 that a copy of the foregoing was mailed First Class mail, postage prepaid to:

GREGORY DAVIS, #12887-074
FCI Gilmer
P.O.B. 6000
Glenville, WV 26351

_____
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DAVIS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>ATTORNEY GENERAL, )<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No.  07–1138 (HHK) |

## ORDER

UPON CONSIDERATION of Defendant's Withdrawal of Motion To Dismiss and Request for Stay Pending Administrative Processing of Plaintiff's Freedom of Information Request, any Opposition thereto and for good cause shown, it this _____ day of _____, 2007.

ORDERED Defendant's Request for Stay Pending Administrative Processing of Plaintiff's Freedom of Information Request is granted and,

FURTHER ORDERED that Defendant may have up to and including December 14, 2007 to advise the Court and Plaintiff on the processing of Plaintiff's FOIA request..

_____
Date

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Defendant's Attorney

| | |
|---|---|
| WYNEVA JOHNSON | GREGORY DAVIS, #12887-074 |
| Assistant United States Attorney | FCI Gilmer |
| 555 Fourth Street, N.W., E-4106 | P.O.B. 6000 |
| Washington, DC 20530 | Glenville, WV 26351 |