UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY DAVIS,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**ATTORNEY GENERAL** *et al.***,**<br><br>　　　　　　**Defendants.** | Civil Action 07-1138 (HHK) |

**ORDER**

Defendants have withdrawn their summary judgment motion and now move to stay the proceedings pending administrative processing of plaintiff's request under the Freedom of Information Act. Finding good cause shown, it is this 7th day of November 2007,

**ORDERED** that defendants' motion to stay the proceedings [Dkt. No. 21] is **GRANTED**; it is

**FURTHER ORDERED** that all other pending motions [Dkt. Nos. 17, 18, 19] are **DENIED** as moot; and it is

**FURTHER ORDERED** that by December 14, 2007, defendants shall file a status report on their processing of plaintiff's FOIA request and propose a date certain, within 120 days from the filing of the report, for lifting the stay.

　　　　　　　　　　　　　　　　　　_____s/s_____
　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge