UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DAVIS )<br>)<br>PLAINTIFF )<br>)<br>VS. )<br>)<br>ATTORNEY GENERAL, )<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE, )<br>)<br>DEFENDANT'S )<br>_____ ) | RECEIVED<br><br>NOV 1 6 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>CIVIL ACTION NUMBER<br><br>07-1138(HHK)<br><br>OBJECTION TO DEFENDANT'S REQUEST FOR DISMISSAL OF PLAINTIFF'S MOTION FOR INTERROGATORIES |

COMES NOW the Plaintiff in the above civil action moves for the Defendant's request for dismissal of his Motion for interrogatories to be denied. Plaintiff's remaining issue of the Defendant's "willfull" conduct has yet to be addressed. See Plaintiff's complaint page 5, ¶¶10-11. The Plaintiff's interrogatories are relevent to the Plaintiff's contention of the Defendant's "willfull" conduct, Plaintiff's interrogatories are relevent to the Plaintiff's motion for summary judgment for Defendant's "willfull" conduct, thus dismissal of such is not warranted. Defendant's has in fact presented any evidence that their conduct was not "willfull". In contrary Defendant's filings and attactments supports their "willfull" intent. See Plaintiff's motion for summary judgment and Plaintiff's Objection to Defendant's request for dismissal of motion for summary judgment.

(1)

Defendant's should thus comply with the Plaintiff's discovery request by interrogatories relevent to the Plaintiff's summary judgment proceedings for Defendant's willfullness conduct.

Plaintiff is in fact entitled to discovery, Defendant's has shown no just cause to deny the Plaintiff of such discovery. Absence any resolution of the Defendant's "willfull" conduct the final claim in Plaintiff's complaint, Plaintiff's civil action is far from over. Discovery is in fact warranted, thus Defendant's request for termination of such should be denied.

                                        Respectfully Submitted
                                        /s/ Gregory Davis
                                            Gregory Davis
                                            #12887-074
                                            201 FCI Lane
                                            Glenville, WV 26351

## CERTIFICATE OF SERVICE

I, Gregory Davis, certify that on this 6th day of November in the year of our Lord, 2007 a copt of OBJECTION TO DEFENDANT'S REQUEST FOR DISMISSAL OF PLAINTIFF'S MOTION FOR INTERROGATORIES.

Was served by U.S. Mail to the following:

Clerk's Office                                 Counsel for Defendant's
U.S. District Court                        Wyneva Johnson, AUSA
District of Columbia                   555 4th Street, N.W., E-4106
333 Constitution Ave. N.W.         Washington, DC 20530
Washington, DC 20001

Mail Box Rule
Deemed Filed
**Houston Vs. Lack**

                                                                 Gregory Davis