UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

NOV 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GREGORY DAVIS )
)
PLAINTIFF )
)
VS. )
) CIVIL ACTION NUMBER
ATTORNEY GENERAL, )
UNITED STATES DEPARTMENT ) 07-1138(HHK)
OF JUSTICE, )
)
DEFENDANT'S )
_____)

**OBJECTION TO DEFENDANT'S
REQUEST FOR STAY PENDING
ADMINSTRATIVE PROCESSING
OF PLAINTIFF'S FOIA REQUEST**

COMES NOW the Plaintiff in the above civil action moves to object to the Defendant's request for stay pending administrative processing of Plaintiff's freedom of information act request. Plaintiff contends that said request is in fact irrelevant to the Plaintiff's civil action. Plaintiff directs the court to his civil complaint. In which he request's two forms of relief and presents two claims pursuant to 5 USC §552a. One; an order directing the Defendant's to comply with his FOIA request. Two; Plaintiff contends that the Defendant's violation of the FOIA act was "willfull" and Defendant's should be penalized pursuant to 5 USC 552a(g)(B)(4)(A)(B). See Plaintiff's complaint page 5, ¶¶10-11.

Defendant's present compliance with the Plaintiff's request by FOIA is only due to the Plaintiff's adminstration of civil action. Said compliance does not render Plaintiff's civil action as moot. The remaining issue of "willfullness" has yet to be addressed, Said compliance does not warrant a stay of proceedings, Said delay is in fact unnecessary to address the merit of "willfullness" by the Defendant's.

(1)

Plaintiff's contends that Defendant's request is designed to hinder the Plaintiff in his civil action, thus no good cause of action has been shown by Defendant for leave of stay, and no good cause of action has been shown by the Defendant to delay a ruling of the merit's of the Plaintiff's "willfullness" in his civil action. Plaintiff prays that his objection be granted in his favor.

Respectfully Submitted<br>
/s/ Gregory Davis<br>
Gregory Davis<br>
12887-074<br>
201 FCI Lane<br>
Glenville, WV 26351

Dated 11/6/07

## CERTIFICATE OF SERVICE

I, Gregory Davis, certify that on this 6th day of November 2007 in the year of our Lord a copy of OBJECTION TO DEFENDANT'S REQUEST FOR STAY PENDING FOIA REQUEST

Was Served by U.S. Mail to the following:

Clerk's Office
U.S. District Court
District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

Counsel for Defendant's

Wyneva Johnson, AUSA
555 4th Street, N.W., E-4106
Washington, DC 20530

**HOUSTON VS. LACK**
**MAIL BOX RULE**
**DEEMED FILED**

Plaintiff<br>
/s/ Gregory Davis<br>
Gregory Davis<br>
#12887-074

(2)