UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
NOV 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GREGORY DAVIS          )
                       )
        PLAINTIFF      )
                       )
VS.                    )     CIVIL ACTION NUMBER
                       )
ATTORNEY GENERAL,      )     07-1138(HHK)
UNITED STATES DEPARTMENT )
OF JUSTICE,            )
                       )
        DEFENDANT'S    )
_____)

**PLAINTIFF'S WITHDRAWAL OF MOTION FOR COURT ORDER REQUESTING DEFENDANT'S TO RELINQUISH WITHELD FOIA/PA REQUEST**

COMES NOW the Plaintiff in the above civil action requests to withdraw his Motion to order Defendant's to relinquish withheld FOIA/PA request, in light of Defendant's process of Plaintiff FOIA/PA request in Defendant's stay pending motion. With leave to reinstate.

                        Respectfully Submitted
                        /s/ Gregory Davis
                        Gregory Davis
                        12887-074
                        201 FCI Lane
                        Glenville, WV 26351

(1)

CERTIFICATE OF SERVICE

I, Gregory Davis, certify that on this 6th day of November in the year of our Lord, 2007 a copy of PLAINTIFF'S WITHDRAWAL OF MOTION FOR DEFENDANT'S TO RELINQUISH WITHELD FOIA/PA REQUEST.

Was served by U.S. Mail to the following:

Clerk's Office
U.S. District Court
District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

Counsel for Defendant's

Wyneva Johnson, AUSA
555 4th Street, N.W., E-4106
Washington, DC 20530

**Houston Vs. Lack**
Mail Box Rule
Deemed filed

                                        Plaintiff
                                        /s/ Gregory Davis
                                            Gregory Davis
                                            #12887-074



(2)