UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

DEC 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GREGORY DAVIS, )
    PLAINTIFF, )
VS. )
ATTORNEY GENERAL, "ET AL". )
    DEFENDANT'S. )

CIVIL ACTION NUMBER

07-1138(HHK)

**MOTION DEMAND FOR ANSWER TO PLAINTIFF'S INTERROGATORIES**

    NOW COMES the Plaintiff in the above civil action, demands the Defendant's to reply to his motion for discovery by interrogatories pursuant to Rule 33(a). Filed October 22, 2007, served by certified mail number 7006 2150 0002 8907 0894 on October 29, 2007 on Defendant's.

> Defendant's has failed to reply to Plaintiff's discovery request within 30 days, nor have they attempted to extend response time or contact the Plaintiff about requested discovery. Defendant's has provide any justification of merit which warrants such incompliance to Plaintiff's discovery demand by interrogatories. No reason for delay exists, thus Defendant's actions are deemed "willfull".

    Plaintiff in good faith now confer with the Defendant's and damand that they provide requested discovery by interrogatories to the Plaintiff within <u>10</u> days of service of this damand. The Plaintiff is voluntary extending Defendant's response time by <u>10</u> days. In an attempt to resolve said dispute without court action.

        **FAILURE TO COMPLY WITH DISCOVERY DEMAND WILL RESULT IN RULE 37(a) MOTION TO COMPELL AND RULE 37(b) WHICH PLAINTIFF WILL SEEK SANCTIONS AND EXPENSES**

-2-

```
                                    Respectfully Submitted
                                    /s/ Gregory Davis
                                        Gregory Davis
                                        #12887-074
                                        201 FCI Lane
                                        Glenville, WV 26351
```

Dated 11/30/07

CERTIFICATE OF SERVICE

I, Gregory Davis, certify that on this 30th day of November in the year of our lord 2007, a copy of MOTION DEMAND FOR ANSWER TO PLAINTIFF'S INTERROGATORIES

Was Served by U.S. Mail to the following:

Clerk's Office
U.S. District Court
District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

By certified mail to the following:

Counsel for Defendant's                        7006 2150 0002 8907 0597

Wyneva Johnson, AUSA
555 4th Street, N.W., E-4106
Washington, DC 20530

**HOUSTON VS. LACK**
MAIL BOX RULE
DEEMED FILED
DATE 11/30/07

```
                                    PLAINTIFF
                                    /s/ Gregory Davis
```