**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GREGORY DAVIS, #12887-074 | ) | |
|     FCI Gilmer | ) | |
|     P.O.B. 6000 | ) | |
|     Glenville, WV 26351 | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
|         v. | ) | Civil Action No.  07–1138 (HHK) |
| | ) | |
| | ) | |
| ATTORNEY GENERAL UNITED STATES | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| JUSTICE | ) | |
| | ) | |
|     Defendant | ) | |
| | ) | |
| | ) | |

**NOTICE TO THE COURT**

Defendant hereby advises the Court that the United States Department of Justice's Office of Information and Privacy has completed the administrative processing of plaintiff's FOIA request to the Attorney General and will provide its Declaration to counsel on December 17, 2007.

Defendant requests that the following briefing schedule be implemented for this FOIA case:

1. Defendant's Dispositive Motion -  January 15, 2008

2. Plaintiff's Opposition  - February 15, 2008

3. Defendant's Reply - February 29, 2008

Plaintiff could not be contacted with regard to this Notice because he is incarcerated.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__ /s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


 /s/_____
WYNEVA JOHNSON, DC Bar # 278515
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C.  20530

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 14th day of December that a copy of the foregoing was mailed

postage prepaid, First Class mail to:

GREGORY DAVIS, #12887-074
FCI Gilmer
P.O.B. 6000
Glenville, WV 26351


_____/s/_____
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GREGORY DAVIS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  07–1138 (HHK) |
| | ) | |
| | ) | |
| ATTORNEY GENERAL, | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Notice to the Court, any Opposition thereto

and for good cause shown, it this _____ day of _____, 2007,

ORDERED that the following briefing schedule be implemented in this FOIA case:

Defendant's Dispositive Motion - January 15, 2008

Plaintiff's Opposition - February 15, 2008

Defendant's Reply - February 29, 2008

_____
Date

_____
UNITED STATES DISTRICT JUDGE

1

Copies to:

Defendant's Attorney

WYNEVA JOHNSON                          GREGORY DAVIS, #12887-074
Assistant United States Attorney        FCI Gilmer
555 Fourth Street, N.W., E-4106         P.O.B. 6000
Washington, DC 20530                    Glenville, WV 26351