UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GREGORY DAVIS,**

          **Plaintiff,**

     **v.**                              Civil Action 07-1138 (HHK)

**ATTORNEY GENERAL** et al.,

          **Defendant.**

**ORDER**

It is this 19th day of December 2007, hereby

**ORDERED** that the stay that was entered in this action on November 7, 2007 is hereby **VACATED**; and it is further

**ORDERED** that the parties shall abide by the following briefing schedule:

1. Defendants' dispositive motion shall be filed no later than January 15, 2008.

2. Plaintiff's opposition shall be filed no later than February 15, 2008.

3. Defendants' reply shall be filed no later than February 29, 2008.

                                                                     Henry H. Kennedy, Jr.
                                                                       United States District Judge