UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY DAVIS,            )
                          )
    PLAINTIFF,            )
                          )                CIVIL ACTION NUMBER
    VS.                   )
                          )                07-1138(HHK)
ATTORNEY GENERAL, "ET AL". )
                          )
    DEFENDANT'S.          )                MOTION FOR FINAL DEMAND
                          )                TO ANSWER PLAINTIFF'S
                                           INTERRORGATORIES

NOW COMES the Plaintiff in the above civil action, gives the Defendant's a final demand to reply to Plaintiff's motion for discovery by interrogatories. On October 22, 2007, Plaintiff filed a motion for discovery by interrogatories, On October 29, 2007 said was served by certified mail number 7006 2150 0002 8907 0894 to Defendant's.

Defendant's failed to reply within 30 days. On November 30th 2007. Plaintiff filed a Motion demand for answer to Plaintiff's interrogatories served by certified mail number 7006 2150 0002 8907 0597 on December 4, 2007.

Plaintiff in good faith had given Defendant's 10 additional days to comply with his discovery request by interrogatories. Defendant's has remained silent on the Plaintiff's discovery extension, thus has not complied. Plaintiff again in good faith gives the Defendant's a **final** 5 day extension to provide Plaintiff with his discovery request by interrorgatories.

RECEIVED

DEC 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant's has provided any justification, nor merit which warrants such incompliance to Plaintiff's discovery demand by interrogatories. No reason for delay exists, thus Defendant's actions are deemed "willfull". Failure to comply with discovery demand within 5 days, Plaintiff will promptly move for COURT ORDER TO COMPELL and seek sanctions and expenses pursuant to Rule 37(a)(b).

                                                Respectfully Submitted
                                                /s/ Gregory Davis
                                                    Gregory Davis
                                                    #12887-074
                                                    201 FCI Lane
                                                    Glenville, WV 26351

CERTIFICATE OF SERVICE

I, Gregory Davis, certift that on this 18th day of December in the year of our Lord 2007, a copy of MOTION FOR FINAL DEMAND TO ANSWER PLAINTIFF INTERRORGATORIES.

Was served by U.S. Mail to the following:

Clerk's Office
U.S. District Court
District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

By certified mail to the following:

Counsel for Defendant's

Wyneva Johnson, AUSA
555 4th Street, N.W., E-4106
Washington, DC 20530

7006 2150 0002 8907 1433

**HOUSTON VS. LACK**
MAIL BOX RULE
DEEMED FILED

                                                Plaintiff

                                                /s/ Gregory Davis