UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

DEC 3 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GREGORY DAVIS )
)
PLAINTIFF )
) CIVIL ACTION NUMBER
VS. )
) 07-1138(HHK)
)
ATTORNEY GENERAL, "ET AL" )
)
DEFENDANT'S )

MOTION TO DISQUALIFY
DEFENDANT'S COUNSEL
IN CIVIL ACTION 07-1138
**********************

COMES NOW, the Plaintiff in the above action moves for the disqualifcation of Jeffrey A. Taylor, DC Bar #498610, United States Attorney, Rudolph Contreras, DC Bar #434122, United States Assistant Attorney, Wyneva Johnson, DC Bar #279515, United States Assistant Attorney from providing represention to Defendant's, due to a potential conflict of interset.

Counsel's for Defendant has on record presented false declarations in these present civil proceedings to the Plaintiff and the court in bad faith with sole purpose of misleading the court and to slander the Plaintiff. See Plaintiff's <u>Motion For Court Costs, Filing Fees, Paralegal Fees, Expenses, And Sanctions Rule 56(g)</u>.

> Plaintiff has moved for sanctions and contempt for court orders against all Counsel's for Defendant's who offered said false declarations. **Klein Vs. Stahl GMBH & Co. Maschinefabrik**, 185 F.3d 98, 110 (3d Cir. 1999). Falsification of judicial proceedings or records is contempt, and more <u>reprehensible</u> when done by <u>Attorney</u>. **United States Vs. Ford**, DC Mont.1925, 9 F.2d 990. Making of false affidavits and presenting them in court in opposition to a motion is punishable as contempt as obstructing the administration of justice. **In re Steiner**, S.D.N.Y.1912, 195 F. 299.

-1-

Defendant's Counsel's actions on record could also rise to criminal penalties. Said actions are in fact unethical and should not be over looked by this court.

"There is no question that Defendant's Counsel's are in contempt for presenting false declarations". "There is no question that said declarations were presented in bad faith". "There is no question that said action was <u>unethical</u>". Thus these Attoreny's should be removed from this case. Whos actions were to unjustly slander the Plaintiff and mislead the court in bad faith with purpose of delay by fraud and deception.

Said unethical actions by Counsel's may result in prosecution by the United States. Thus we have a potential conflict of interset that mandates removeal of said Counsel's. Counsel's "unethical" actions are detailed in Plaintiff's pending <u>Motion For Court Costs, Filing Fees, Paralegal Fees, Expenses, And Sanctions Rule 56(g)</u>. Plaintiff pray for an order from this Court in his favor.

Respectfully  Submitted<br>
/s/ <u>Gregory Davis</u><br>
Gregory Davis<br>
#12887-074<br>
201 FCI Lane<br>
Glenville, WV 26351

## CERTIFICATE OF SERVICE

I, Gregory Davis, certify that on 12/26/07, a copy of MOTION TO DISQUALIFY DEFENDANT'S COUNSEL IN CIVIL ACTION 07-1138.

Served by U.S. Mail to the following:

| | |
|---|---|
| Clerk's Office<br>US District Court<br>333 Constitution Ave. NW<br>Washington, DC 20001 | Counsel for Defendant's<br>Wyneva Johnson, AUSA<br>555 4th, NW, E-4106<br>Washington, DC 20530 |
| **HOUSTON VS. LACK, MAIL BOX RULE**<br>**DEEMED FILED   12/26/07** | Plaintiff<br>/s/ <u>Gregory Davis</u><br>Gregory Davis<br>#12887-074 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DAVIS )<br>)<br>PLAINTIFF )<br>)<br>VS. )<br>)<br>ATTORNEY GENERAL, "ET AL" )<br>)<br>DEFENDANT'S )<br>_____ ) | CIVIL ACTION NUMBER<br><br>07-1138(HHK) |

### ORDER

UNPON CONSIDERATION of Plaintiff's Motion To Disqualify Defendant's Counsel In Civil Action 07-1138. Good cause has been shown, this _____ day of _____, 200 .

ORDERED that Plaintiff's Motion To Disqualify is **GRANTED**, in Civil Action 07-1138, DAVIS VS. ATTORNEY GENERAL, "ET AL".

_____
Date

_____
UNITED STATES DISTRICT JUDGE