UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

DEC 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GREGORY DAVIS )
)
PLAINTIFF )
)
VS. )
)
ATTORNEY GENERAL, "ET AL" )
)
DEFENDANT'S )

CIVIL ACTION NUMBER

07-1138(HHK)

MOTION TO REINSTATE
MOTION FOR COURT ORDER
ORDERING DEFENDANT'S
TO IMMEDIATELY RELINQUISH
WITHELD FOIA/PA REQUEST
BY PLAINTIFF

COMES NOW the Plaintiff in the above civil action reinstates his motion for court order to Defendant's to "immediately" relinquish witheld FOIA/PA request. On 9/26/07, Plaintiff filed a motion for court order for Defendant's to relinquish his witheld FOIA/PA request.

On 10/30/07, Defendant's filed a motion for stay pending the processing of Plaintiff's FOIA/PA request. In good faith Plaintiff withdraw his motion for court order requesting Defendant's to relinquish. On 11/6/07, with leave to reinstate.

On 12/14/07, Defendant's in its notice to the court informed the court and the Plaintiff that Plaintiff's FOIA/PA request was completed and that declarations will be provided 12/17/07. Defendant never stated a time to the court or the Plaintiff on when his FOIA request will be in facted forward to him. Nor did Defendant state any cause for delay.

-1-

The Court has given the Defendant's 45 plus days to process the Plaintiff's FOIA request, upon completion Defendant's has yet to relinquish Plaintiff's request pursuant to the FOIA. Thus the Plaintiff rightfully moves to reinstate his cause of action and demands a court order to relinquish pursuant to 5 USC 552a (g)(3)(A). Directing Defendants to "immediately" provide the requested documents/records in Plaintiff's <u>Civil Complaint page 3, ¶6.</u> That were wrongfully witheld. See Plaintiff's <u>Memorandum Affidavit of facts and Attachments, pages 1-5, ¶¶1-12</u>.

The record clearly shows that the Defendant's has yet to relinquish Plaintiff's FOIA request even doe it was said to have been completed.

Thus there is no cause for any futher delay in this matter. Plaintiff prays for a court order in this matter pursuant to 5 USC 552a (g)(3)(A) in his favor. This court should also <u>note</u> that the Defendant's has once again initiated court action due to their non-compliance and should be rightfully penalized for said "willfull" conduct with sole intent to delay unjustly.

                                        Respectfully Submitted
                                        /s/ Gregory Davis
                                            Gregory Davis
                                            #12887-074
                                            201 FCI Lane
                                            Glenville, WV 26351

CERTIFICATE OF SERVICE

I, Gregory Davis, certify that on this 21st day of December in the year of our Lord 2007 a copy of MOTION TO REINSTATE MOTION FOR COURT ORDER ORDERING DEFENDANT'S TO IMMEDIATELY RELINQUISH WITHELD FOIA/PA REQUEST BY PLAINTIFF

Was served by the U.S. Mail to the follwing:

Clerk's Office
U.S. District Court
District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

Counsel for Defendant's
Wyneva Johnson, AUSA
555 4th Street, N.W., E-4106
Washington, DC 20530

**HOUSTON VS LACK**
MAIL BOX RULE
DEEMED FILED

12/21/07

Plaintiff
/s/ Gregory Davis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DAVIS )<br>)<br>PLAINTIFF )<br>)<br>VS. )<br>)<br>ATTORNEY GENERAL, "ET AL" )<br>)<br>DEFENDANT'S )  | CIVIL ACTION NUMBER<br><br>07-1138(HHK) |

### ORDER

UNPON CONSIDERATION of Plaintiff's Motion To Reinstate, Motion For Court Order Ordering Defndant's To Immediately relinquish witheld FOIA/PA Request By Plaintiff. Good cause has been shown, this _____ day of _____, 200 .

ORDERED Motion For Court Order Pursuant to 5 USC §552a (g)(3)(A), is **GRANTED** in Civil Action 07-1138.

FURTHER ORDERED that Defendant's **IMMEDIATELY** relinquish Plaintiff's FOIA/PA request to Plaintiff as stated in Civil Action 07-1138, <u>Complaint page 3, ¶6</u>.

Date _____

_____
UNITED STATES DISTRICT JUDGE