UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY DAVIS, )
 )
   PLAINTIFF, )
 )
VS. )   CIVIL ACTION NUMBER
 )
 )   07-1138 (HHK)
ATTORNEY GENERAL, "ET AL". )
 )
   DEFENDANT'S. )   **MOTION FOR ORDER COMPELLING DISCOVERY RULE 37(a) AND SANCTIONS**

     COMES NOW, the Plaintiff in the above civil action, moves for a court order pursuant to Rule 37(a) of Federal Rules of Civil Procedure to compel discovery.

     On 10/22/07, Plaintiff filed for discovery by interrogatories, Defendant's was served by certified mail #7006 2150 0002 8907 on 10/29/07. Defendant's failed to reply within 30 days. On 11/30/07, Plaintiff in good faith filed a Motion demand for answer to Plaintiff's interrogatories served by certified mail #7006 2150 0002 8907 0597 on 12/4/07.

     Plaintiff gave Defendant's an additional <u>10</u> days to answer Plaintiff's discover by interrogatories. Defendant's failed to reply within <u>10</u> days. On 12/19/07, Plaintiff filed a Motion for final demand to answer Plaintiff's interrogatories. Plaintiff again in good faith gave the Defendant's <u>5</u> additional days to answer Plaintiff's interrogatories served by certified mail #7006 2150 0002 8907 1433 on 12/26/07.

     **NOTE: ERROR, CERTIFIED MAIL #7006 2150 0002 8907 is #7006 2150 0002 8907 0894**

Defendant's has failed to reply to Plaintiff's interrogatories dispite the Plaintiff's numerous extensions of time in good faith to resolve said dispute without court action. Defendant's has provided any justification of merit which warrants such incompliance to plaintiff's discovery demand by interrogatories. No reason for delay exists, thus Defendant's actions are deemed "willfull". Plaintiff has provided certification by affidavit that he has in good faith attempted to conferred with the Defendant's on court record to resolve this dispute without court action. **Cory Vs. Aztec Steel Bldg., Inc.**, 225 F.R.D. 667, 670 (D.Kan.2005)(suggesting that the certification should describe the efforts to resolve the dispute). See <u>Plaintiff's Certification Affidavit</u>.

> In general, the victorious party in a motion to compel is entitled to recover its expenses, including a reasonable attorney fee, from the losing party. **Interactive Products Corp. Vs. a2z Mobile Office Solutions, Inc.**, 326 F.3d 687, 700 (6th Cir. 2003). The movant is also entitled to expenses if the respondent provides a disclosure or discovery response after the motion was filed. **Tuszkiewicz Vs Allen-Bradley Co. Inc.**, 172 F.R.D. 396, 398 (E.D.Wis.1997)

Thus Plaintiff seeks reasonable expenses and paralegal fees of $10,000 (Ten Thousand Dollars), $350.00 (Three Hundred Fifty Dollars) in court filing fees and additional court costs to be determined.

> The court may impose the expenses on the party, the attorney, or both. **In re Omeprazole Patent Litigation**, 227 F.R.D. 227, 232 (S.D.N.Y. 2005) (Fees awarded jointly against party and attorney). **United States Vs. Horn**, 29 F.3d 754 (1st Cir. 1994) (fees may be assessed against the United States as a sanction).

Defendant's has "willfully" failed to comply with Plaintiff's discovery demand. Defendant's has "willfully" disregarded the Plaintiff's good faith attempts to resolve this issue of discovery without just cause. See <u>Plaintiff's certification Affidavit</u>.

Defendant's has forced the Plaintiff to file for court order to compel and should rightfully be sanction pursuant to Rule 37(a) for thier "willfull" non-disclosure. Plaintiff prays for a court ruling in his favor supported by record of facts.

Respectfully Submitted<br>
/s/ Gregory Davis<br>
Gregory Davis<br>
#12887-074<br>
201 FCI Lane<br>
Glenville, WV 26351

CERTIFICATE OF SERVICE

I, Gregory Davis, certify that on this 4th day of January in the year of our Lord 2008, a copy of Motion For Order Compelling Discovery Rule 37(a) And Sanctions

Was Served by U.S. Mail to the following:

Clerk's Office
U.S. District Court
District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

Counsel for Defendant's
Wyneva Johnson, AUSA
555 4th Street, N.W., E-4106
Washington, DC 20530

**HOUSTON VS. LACK**
**MAIL BOX RULE**
**DEEMED FILED**

Plaintiff<br>
/s/ Gregory Davis

**CERTIFICATION AFFIDAVIT**

Page 1 of 2

WEST VIRGINIA STATE )
COUNTY OF GILMER    )  CERTIFICATION AFFIDAVIT OF
                    )  GREGORY DAVIS

I, Gregory Davis, Plaintiff in Civil Action 07-1138, DAVIS VS. ATTORNEY GENERAL, "ET AL". Hereafter, the Palintiff. Makes this certification affidavit of facts of sound mind, being over the age of 18.

## FACTS

On 10/22/07, Plaintiff filed for discovery by interrogatories. See Plaintiff's <u>Motion For Interrogatories</u> on record. Defendant's was served by certified mail #7006 2150 0002 8907 on 10/29/07, See Attachment #1. Plaintiff presented <u>10</u> relevant questions by interrogatories that are relevant to the Defendant's "willfull" actions in Civil Action 07-1138. Defendant's were thoroughly advised under Rule 33(a) and of possible consquences of Rule 37(a) and Rule 37(b)(2) for failure to answer. **NOTE: ERROR,** certified mail #7006 2150 0002 8907 is <u>7006 2150 0002 8907 0894</u>

On 11/30/07, Plaintiff in good faith gave the Defendant's an additional <u>10</u> days to comply with his discovery request by interrogatories. See Plaintiff's <u>Motion Demand For Answer To Plaintiff's Interrogatories</u> on record. Served by certified mail #7006 2150 0002 8907 0597 on 12/4/07. Plaintiff's action was a good faith attempt to resolve this issue of discovery with the Defendant's without court action. Again the Defendant's were thoroughly advised of possible conquences of Rule 37(a) and Rule 37(b)(2) for failure to answer. See Attachment #2, Defendant's were served.

On 12/19/07, Plaintiff again in good faith gave the Defendant's an additional <u>5</u> days to comply with his discovery request by interrogatories. See Plaintiff's <u>Motion For Final Demand To Answer Plaintiff's Interrogatories</u> on record. Served by certified mail #7006 2150 0002 8907 1433 on 12/26/07. See Attachment #3.

> Again Plaintiff in good faith thoroughly advised the Defendant's of the possible conquences of Rule 37(a) and Rule 37(b)(2). Defendant's has in fact disregarded the Plaintiff's numerous good faith attempts to resolve this issue without court action. Thus Defendant's actions are deemed "willfull" forcing court action. See Attachment #3. Defendant's non-compliance with <u>5</u> day extension for discovery.

Defendant's were properly served, See <u>Attachment's #1-3.</u> But failed to comply nor accepted the Plaintiff's numerous good faith extensions of time. The record clearly shows and supports, Defendant's actions to be "willfull". Which has forced court action pursuant to Rule 37(a). The Plaintiff, certify under the penalty of perjury that the foregoing is true and correct.

On this 4TH day of JANUARY, 2008. In the year of our Lord.

**SEAL**

*[Notary signature]*

NOTARY PUBLIC OFFICIAL SEAL
BRAD N. SHINGLER
State of West Virginia
Federal Correctional Institution-Gilmer
My Commission Expires
July 24, 2016
P.O. Box 6000
Glenville, WV 26351

1-4-08

Plaintiff

Gregory Davis
#12887-074
201 FCI Lane
Glenville, WV 26351



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 2150 0002 8907 0894**
Status: **Delivered**

Your item was delivered at 4:46 am on October 29, 2007 in WASHINGTON, DC 20530. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA   Postal Inspectors Preserving the Trust   Inspector Ge Promoting In



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0002 8907 0597**
Detailed Results:
- Delivered, December 04, 2007, 4:43 am, WASHINGTON, DC 20530
- Arrival at Unit, December 04, 2007, 2:41 am, WASHINGTON, DC 20022
- Processed, November 30, 2007, 8:24 am, GLENVILLE, WV 26351

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA   Postal Inspectors Preserving the Trust   Inspector General Promoting In



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0002 8907 1433**
Detailed Results:

- Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530
- Notice Left, December 26, 2007, 4:06 am, WASHINGTON, DC 20530
- Arrival at Unit, December 26, 2007, 2:00 am, WASHINGTON, DC 20022
- Processed, December 20, 2007, 8:56 am, GLENVILLE, WV 26351

< Back     Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go > 

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    Postal Inspectors Preserving the Trust    Inspector Ge Promoting In

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    1/4/2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY DAVIS,<br><br>    PLAINTIFF,<br><br>VS.<br><br>ATTORNEY GENERAL, "ET AL".<br><br>    DEFENDANT'S. | CIVIL ACTION NUMBER<br><br>07-1138 (HHK) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion For Court Order Compelling Discovery And Sanctions Pursuant to Rule 37(a). Good cause has been shown, this _____ day of _____, 200 .

ORDERED Defendant's to **IMMEDIATELY** COMPLY with Plaintiff's Motion For Discovery By Interrogatories. In Civil Action 07-1138, DAVIS VS. ATTORNEY GENERAL, "ET AL".

_____
Date

 

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY DAVIS,                )
                              )
    PLAINTIFF,                )
                              )
VS.                           )         CIVIL ACTION NUMBER
                              )
ATTORNEY GENERAL, "ET AL".    )         07-1138 (HHK)
                              )
    DEFENDANT'S.              )
                              )

### ORDER

UPON CONSIDERATION of Plaintiff's Motion For Court Order Compelling Discovery And Sanctions Pursuant to Rule 37(a). Good cause has been shown, this _____ day of _____, 200 .

ORDERED Defendant's be **SANCTIONED** to pay reasonable expenses and paralegal fees, and all court costs and filing fees to Plaintiff, In Civil Action 07-1138, DAVIS VS. ATTORNEY GENERAL, "ET AL".

_____
Date

                                        _____
                                        UNITED STATES DISTRICT JUDGE