UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY DAVIS,              )
                            )
    PLAINTIFF,              )
                            )        CIVIL ACTION NUMBER
    VS.                     )
                            )        07-1138(HHK)
ATTORNEY GENERAL, "ET AL".  )
                            )        **MOTION FOR STATUS CONFERENCE**
    DEFENDANT'S.            )
                            )        ****************************

   NOW COMES the Plaintiff in the above civil action moves for a status conference to remify the dispute in civil action Number 07-1138. Plaintiff seeks to settle dispute with Defendant's via, status conference. Plaintiff has presented an offer to settle said dispute to Defendant's via Counsel for Defendant's Wyneva Johnson, and seeks to remify said civil issues. Thus Plaintiff prays for a ruling in his favor. See enclosed order proposal.

                                    Respectfully Submitted
                                    /s/ Gregory Davis
                                    Gregory Davis
                                    #12887-074
                                    201 FCI Lane
                                    Glenville, WV 26351

CERTIFICATE OF SERVICE

   I, Gregory Davis, certify that on 6/9/08, a copy of MOTION FOR STATUS CONFERENCE was served by U.S. Mail to Wyneva Johnson, AUSA 555 4th, NW E-4106, Washington, DC 20530. **HOUSTON VS. LACK. MAIL BOX RULE** Deeded filed.

                                    Plaintiff
                                    Gregory Davis

**RECEIVED**

JUN 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY DAVIS,                )
                              )
    PLAINTIFF,                )
                              )
    VS.                       )           CIVIL ACTION NUMBER
                              )
ATTORNEY GENERAL, "ET AL".    )           07-1138(HHK)
                              )
    DEFENDANT'S.              )
_____)

### ORDER

UNPON CONSIDERATION of Plaintiff's Motion For Status Conference. Good cause has been shown, this _____ day of _____, 200 .

ORDERED for Status Conference in Civil Action 07-1138, is **GRANTED**. Status Conference will be held on _____ day of _____, 200 . At ____: _____ ___.M In United States District Court For The District Of Columbia, United States Court House, 333 Constitution Avenue, N.W. Washington, DC 20001.

FURTHER ORDERED that accommodations be made via, conference phone for Plaintiff who is in the custody of United States Department of Justice Bureau of Prisons, Federal Correction Institution Gilmer, West Virginia.

_____
Date

                                          _____
                                          UNITED STATES DISTRICT JUDGE