UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY DAVIS,**<br><br>　　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**ATTORNEY GENERAL *et al.*,**<br><br>　　　　　　　**Defendants.** | Civil Action 07-1138 (HHK) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendants' motion for summary judgment [Dkt. No. 36] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff's motion for summary judgment [Dkt. No. 39] is **DENIED**; it is

**FURTHER ORDERED** that plaintiff's motion for a hearing [Dkt. No. 40] is **DENIED** as moot; and it is

**FURTHER ORDERED** that judgment is entered for the defendants. This is a final appealable Order.

　　　　　　　　　　　　　　　　　　_____s/s_____
　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge

Date: June 27, 2008